UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GEMINI INSURANCE COMPANY )<br>Plaintiff, )<br> )<br>v. )<br> )<br>BRANCH RIVER PLASTICS INC & )<br>ARUNDEL VALLEY LLC )<br>Defendant, ) | Civil No. 2:15-cv-00343-NT |

JUDGMENT OF DISMISSAL

Pursuant to the Order Granting the Joint Motion to Dismiss dated December 6, 2016, the complaint and counterclaims between plaintiff/counter defendant Gemini Insurance Company and defendant/counter claimant Branch River Plastics, Inc. are dismissed with prejudice. The plaintiff's complaint is dismissed without prejudice to any claim Arundel Valley may have to enforce a final judgment in Arundel Valley, LLC v. Peachey Builders, Inc. et al., pending in the Maine Superior Court Docket No. BCD-CV-13-15 and pending in the Maine Supreme Judicial Court, Docket No. BCD-15-481.

JUDGMENT of dismissal is hereby entered.

        CHRISTA K. BERRY
        CLERK

By:   /s/Michelle Thibodeau
       Deputy Clerk

Dated: December 6, 2016